No. 618. BUTLER HOTEL CO., INC. ET AL. *v.* UNITED STATES. March 17, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit

denied. *Messrs. Arthur E. Griffin* and *Samuel B. Bassett* for petitioners. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, John J. Byrne,* and *Paul D. Miller* for the United States.